Sheryl STARLIPER, for Eric Glen STARLIPER, Deceased, Plaintiff–Appellant,

v.

Carolyn W. COLVIN, Acting Commissioner, Social Security Administration, Defendant–Appellee.

No. 15–1216.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 30, 2015.

Decided: Oct. 13, 2015.

Christine P. Benagh, Collier–Benagh Law, P.L.L.C., Washington, D.C., for Appellant. Rod J. Rosenstein, United States Attorney, Jay C. Hinsley, Special Assistant United States Attorney, Baltimore, MD, for Appellee.

Before MOTZ and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sheryl Starliper appeals the district court's order accepting the magistrate

judge's recommendation and upholding the Commissioner's denial of her husband's application for disability insurance benefits.* Our review of the Commissioner's determination is limited to evaluating whether the findings are supported by substantial evidence and whether the correct law was applied. *See Mascio v. Colvin,* 780 F.3d 632, 634 (4th Cir.2015). We have thoroughly reviewed the parties' briefs, the administrative record, and the joint appendix, and we discern no reversible error. Accordingly, while we grant Starliper's motion to file a supplemental appendix, we affirm the district court's judgment. *Starliper v. Colvin,* No. 1:13–cv–03646–CCB (D.Md. Jan. 28, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

* Sheryl Starliper was substituted as the party in interest after the claimant's death.